AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| United States of America | |
|---|---|
| v. | Case No. 24-mj-5109 |
| **JAMES M. LAJOIE** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about August 24, 2021, to on or about August 27, 2021, in the Western District of New York, the defendant, JAMES M. LAJOIE, having a prior conviction under New York law relating to sexual abuse involving a minor, did:

(1) knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and

(2) knowingly possess any material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), and 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____ T.F.O.
*Complainant's signature*

Eric M. Schmidt, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: May 20, 2024

_____
*Judge's signature*

City and State: Buffalo, New York

HON. MICHAEL J. ROEMER, USMJ
*Printed name and title*

1

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Eric M. Schmidt, being duly sworn, depose and say:

1.     I am a Task Force Officer of the Federal Bureau of Investigation and have been on the Child Exploitation Task Force (CETF) since April 2017. I have been employed as a police officer with the Town of Tonawanda Police Department since January 2002. As a member of the CETF, I work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers and electronic media are used as the means for receiving, transmitting, and storing child pornography.

2.     I make this affidavit in support of a criminal complaint charging **JAMES M. LAJOIE** (hereinafter "LAJOIE") with a violations of Title 18, United States Code, Sections 2252A(a)(2)(A) [Receipt of Child Pornography] and 2252A(a)(5)(B) [Possession of Child Pornography].

3.     The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, the review of documents and records related to this case, and upon my training and experience. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in sum and substance and in part only.

2

Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that LAJOIE violated Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B).

4. LAJOIE was previously convicted in the State of New York on June 8, 2016, with one count of New York State Penal Law 130.65(3) – Attempted Sexual Abuse in the 1st Degree, for having sexual contact with a five-year-old minor victim. On August 1, 2017, LAJOIE was sentenced to a term of imprisonment of 3 years, and 10 years post release supervision. Upon conviction, LAJOIE was assigned as a level 3 sex offender in the State of New York. On October 5, 2020, LAJOIE agreed to certain conditions of parole, including:

- I will permit my Parole Officer to visit me at my residence, will permit th search and inspection of my person, residence and property, and will discuss any proposed changes in my residence, employment or program status with my Parole Officer.

- I will not behave in such a manner as to violate the provisions of any law to which I am subject which provides for a penalty of imprisonment, nor will my behavior threaten the health and safety of myself or others.

- I will NOT own, use, possess, purchase or have control of any computer, computer related material, electronic storage devices, communication devices, and/or the internet, unless I obtain prior written permission from the PAROLE OFFICER.

- I will cooperate with unannounced examinations directed by the PAROLE OFFICER of any and all computer(s) and/or other electronic device(s) to which I have access. This includes access to all data and/or images stored on hard disk drives, … cell phones, and/or any other storage media whether installed within a device or removable.

On November 16, 2020, LAJOIE agreed to the following additional condition of parole:

- I will not use the internet to access pornographic material, communicate with other individuals or groups for the purpose of promoting sexual relations with persons under the age of eighteen ….

3

5. On August 27, 2021, New York State Parole Officer Corey Ricca contacted your affiant regarding LAJOIE, a New York State Parolee and registered Level 3 sex offender. Officer Ricca stated that on August 27, 2021, fellow Parole Officer Katherine Tornabene was conducting a home visit with LAJOIE and found that he possessed a cellular device in violation of the terms of his parole.

6. Officer Tornabene stated that while conducting a home visit with LAJOIE, she observed a cellular device and that LAJOIE told her that the device belonged to his mother and that he was using it to listen to music. The device was passcode locked. Officer Tornabene asked LAJOIE for the passcode which he stated that he did not know. LAJOIE's mother also claimed to not know the passcode. After seizing the device, a LG VS501 cellular device (IMEI: 355275089052442) which was manufactured in China, Officer Tornabene was advised by LAJOIE of the passcode. LAJOIE also advised Officer Tornabene that the device did contain child pornography. Officers Ricca and Tornabene then requested the assistance of the FBI in searching the phone and provided me with the phone on August 27, 2021.

7. On August 31, 2021, your affiant conducted a forensic extraction on the LG phone seized by parole. The extraction report contained numerous images and videos of child pornography. The table below describes certain observations in three of the files, and includes the modified date for the file, likely indicating when the specific file was placed onto the LG device. Based on my training and experience, I believe these files constitute child pornography:

4

| FILE NAME | MODIFIED DATE | DESCRIPTION |
|---|---|---|
| lolanalasia.avi | August 26, 2021, at 8:47:37 PM | A video approximately 25 seconds in length of a prepubescent minor approximately 6-8 years of age. The female is naked, laying on a bed and tied down by both arms. The child is wearing a black colored choker collar. An adult then uses a sex toy and inserts it into the minor's anus. |
| Daddy_s_Little_Girl_JM_18_Full_288p_1080p.mp4 | August 24, 2021, at 11:03:15 PM | A video 3 minutes and 25 seconds in length of a prepubescent minor female approximately 7-9 years of age. The minor is laying naked with her vagina exposed. An adult male is penetrating the minor's vagina with his erect penis for the duration of the video. |
| 16300046728162.IMGx0384.jpeg | August 26, 2021, at 8:47:34 PM | An image depicting what appears to be a prepubescent minor female approximately 5-7 years of age. The female is laying naked on her back and is wearing black colored thigh high stockings and silver colored high heel shoes. An adult male is straddling the female and is penetrating her vagina with his erect penis. |

7.  Based on the conduct outlined above, on December 20, 2021, LAJOIE's parole was revoked, and he was re-sentenced to a term of imprisonment of 3 years. I have been advised by LAJOIE's Parole Officer that he is set to be released from prison on or about May 23, 2024.

8. Based upon the above information, I assert that probable cause exists to believe that JAMES M. LAJOIE has violated Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B).

*[signature]*
ERIC M. SCHMIDT, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed telephonically
this 20th day of May 2024.

*[signature]*
HON. MICHAEL J. ROEMER
United States Magistrate Judge